IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PENNSYLVANIA STATE UNIVERSITY** : | |
| : | |
| : | Civil Action No.: 4:12-CV-54 |
| **Plaintiff** : | |
| : | (Chief Judge Kane) |
| v. : | |
| : | |
| **DOUBLE DOMER PROPERTIES, LLC,** : | |
| et al. : | |
| : | |
| **Defendants** : | |

# O R D E R

**AND NOW**, this 2nd day of May 2012, **IT IS HEREBY ORDERED THAT** the Court adopts the Report and Recommendation of Magistrate Judge Carlson (Doc. No. 11), and grants Plaintiff's motion for voluntary dismissal (Doc. No. 10). This action is dismissed without costs and without prejudice, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

s/ Yvette Kane
Yvette Kane, Chief Judge
Middle District of Pennsylvania